R. Michael Underhill (SBN 109986)
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Building (P.O. Box 36028)
450 Golden Gate Avenue
San Francisco, CA  94102-3463
Telephone:     415-436-6648
Facsimile:     415-463-6632
E-Mail:        mike.underhill@usdoj.gov
Attorneys for Defendant
UNITED STATES OF AMERICA

EMARD, DANOFF, PORT & TAMULSKI, LLP
Eric Danoff (SBN 60915)
Katharine Essick (SBN 219426)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Telephone:     415-227-9455
Facsimile:     415-227-4255
E-Mail:        edanoff@edptlaw.com
               kessick@edptlaw.com
Of Counsel to Defendant
UNITED STATES OF AMERICA

BERSCHLER & ASSOCIATES, PC
Arnold I. Berschler (SBN 56557)
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone: (415) 398-1414
Fax:   (415) 398-1410
Attorneys for Plaintiff
ABDUL HALIM ALI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDUL HALIM ALI,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.:  C 04 5063 TEH<br><br>STIPULATION SELECTING ADR PROCESS AND [~~PROPOSED~~] ORDER |

- 1 -

This case is subject to the Court's mandatory arbitration program. The parties agree that this case is not appropriate for arbitration and believe a private mediation will be more effective.

Therefore, plaintiff Abdul Halim Ali and defendant United States, by and through their counsel of record, hereby stipulate to participate in a private non-binding mediation. The parties expect that the matter will be ready for mediation by or before March 1, 2006, once they have conducted some discovery and the U.S. has deposed the Plaintiff.

The parties hereby stipulate and respectfully request that they be relieved of participating in the court's arbitration program.

IT IS SO STIPULATED.

DATED: Sept. 12, 2005        EMARD, DANOFF, PORT & TAMULSKI, LLP
                             Eric Danoff
                             Katharine Essick

                             By: /s/ Katharine Essick
                             Katharine Essick
                             Of Counsel to Defendant
                             UNITED STATES OF AMERICA

DATED: _____, 2005         BERSCHLER & ASSOCIATES, PC

                             By:_____
                             Arnold I. Berschler
                             Attorneys for
                             ABDUL HALIM ALI

PURSUANT TO STIPULATION IT IS ORDERED THAT:

The parties are relieved of participating in court-ordered arbitration. The parties shall participate in a private non-binding mediation by or before March 1, 2006, once they have conducted some discovery and the U.S. has deposed the Plaintiff.

DATED: Sept. 13, 2005

THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
/s/ Thelton Henderson
Judge Thelton E. Henderson

- 2 -
Case No. C 04 5063 TEH
STIPULATION SELECTING ADR PROCESS AND [PROPOSED] ORDER
G:\41003.005 ABDULHALIM\PLEADINGS\STIP ORDER OUT OF ADR.DOC

Suite 400
San Francisco, CA 94105
Tel.: (415) 227-9455
Fax: (415) 227-4255

1  This case is subject to the Court's mandatory arbitration program. The parties agree that
2  this case is not appropriate for arbitration and believe a private mediation will be more effective.
3  Therefore, plaintiff Abdul Halim Ali and defendant United States, by and through their
4  counsel of record, hereby stipulate to participate in a private non-binding mediation. The parties
5  expect that the matter will be ready for mediation by or before March 1, 2006, once they have
6  conducted some discovery and the U.S. has deposed the Plaintiff.
7  The parties hereby stipulate and respectfully request that they be relieved of participating
8  in the court's arbitration program.
9  IT IS SO STIPULATED.
10
11 DATED: _____, 2005        EMARD, DANOFF, PORT & TAMULSKI, LLP
                                Eric Danoff
12                              Katharine Essick
13                              By:_____
14                              Katharine Essick
                                Of Counsel to Defendant
15                              UNITED STATES OF AMERICA
16 DATED: 9/9, 2005             BERSCHLER & ASSOCIATES, PC
17
18                              By:_____
                                Arnold I. Berschler
19                              Attorneys for
                                ABDUL HALIM ALI
20
21  PURSUANT TO STIPULATION IT IS ORDERED THAT:
22
23  The parties are relieved of participating in court-ordered arbitration. The parties shall
24  participate in a private non-binding mediation by or before March 1, 2006, once they have
25  conducted some discovery and the U.S. has deposed the Plaintiff.
26  DATED: _____, 2005        _____
                                THE HONORABLE THELTON E. HENDERSON
27                              UNITED STATES DISTRICT COURT JUDGE
28

- 2 -

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105
Tel: (415) 227-9455
Fax: (415) 227-4255

Case No. C 04 5063 TEH
STIPULATION SELECTING ADR PROCESS AND [PROPOSED] ORDER
O:\41003 003 ABDULHALIM\PLEADINGS\STIP ORDER OUT OF ADR.DOC

## Certification of Signatures

I attest that the content of this document is acceptable to all persons above, who were required to sign it.

*/s/ Katharine Essick*
Katharine Essick

- 3 -

Case No. C 04 5063 TEH
STIPULATION SELECTING ADR PROCESS AND [PROPOSED] ORDER
G:\41003.005 ABDULHALIM\PLEADINGS\STIP ORDER OUT OF ADR.DOC

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105
Tel.: (415) 227-9455
Fax: (415) 227-4255